**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:  *<br>CHARLES P. WOERNER, III<br>ANGELA ROBIN WOERNER    * | Case No. 18-12588-BLS<br>Chapter 13 |
| *  | |
| Debtor(s). | |
| * | |

\* \* \* \* \* \*   \* \* \* \* \* \*

| | |
|---|---|
| U.S. BANK TRUST NATIONAL   *<br>ASSOCIATION, AS TRUSTEE OF THE<br>TIKI SERIES IV TRUST   * | |
| Movant. | |
| v.   * | |
| CHARLES P. WOERNER, III<br>ANGELA ROBIN WOERNER   * | |
| Debtor/Respondent | |
| Michael B. Joseph, Trustee.   * | |

\* \* \* \* \* \* \*   \* \* \* \* \* \*

### ORDER TERMINATING AUTOMATIC STAY
### UNDER SECTION 362 OF THE BANKRUPTCY CODE

**AND NOW, TO WIT**, the creditor U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust Motion for Relief from Automatic Stay and Request for Adequate Protection and subsequent notices (Doc. No. ___) having been duly presented, heard and considered;

The Court finds the facts as stated in the creditor's motion.

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 and Fed. R. Bankr. P. 4001 and Fed. R. Bankr. P. 9014, for an order terminating the automatic stay of 11 U.S.C. § 362 is hereby terminated so as to permit the creditor, its servicers, successors and/or assigns, to enforce its security interest in 2977 Clayton Delaney Rd, Clayton, DE 19938, through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law; it is further

Date: _____          BY THE COURT:

_____
The Honorable Brendan Linehan Shannon
U.S. Bankruptcy Court Judge

File No.: DE201800000637